Sylvester E. HARDING, Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3103.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

M. Jefferson Euchler, Law Office of M. Jefferson Euchler, of Virginia Beach, VA, argued for petitioner.

Dawn E. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice,

of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Anuj Vohra, Trial Attorney. Also of counsel was Winnie J. Reaves, Office of Regional Counsel, United States Department of Veterans Affairs, of Winston–Salem, NC.

NEWMAN, MAYER, and PROST, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.